**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |
|---|---|
| DAVID G. FEINBERG, and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> T. ROWE PRICE GROUP, INC. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-00427-MJG |

## DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS

Defendants T. Rowe Price Group, Inc., T. Rowe Price Associates, Inc., T. Rowe Price Trust Company, T. Rowe Price Group, Inc. Management Committee, T. Rowe Price Group, Inc. Management Compensation Committee, Christopher D. Alderson, Edward C. Bernard, Michael C. Gitlin, James A.C. Kennedy, John D. Linehan, Brian C. Rogers, William J. Stromberg, Eric L. Veiel, and Edward A. Wiese hereby move to dismiss plaintiff David G. Feinberg's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

As explained more fully in the accompanying memorandum of law, plaintiff's Complaint should be dismissed in its entirety. Plaintiff does not have constitutional standing to bring claims challenging funds in which he did not invest, and all claims plaintiff lacks Article III standing to raise, including (but not limited to) all claims relating to funds in which plaintiff did not invest, should be dismissed pursuant to Rule 12(b)(1). All of plaintiff's remaining claims should be dismissed pursuant to Rule 12(b)(6), because the Complaint fails to state a claim as to any of the funds in which plaintiff actually invested.

Dated:  May 15, 2017                              Respectfully submitted,

                */s/ Shannon M. Barrett*
                Brian D. Boyle (*pro hac vice*)
                Gregory F. Jacob (D. Md. Bar No. 06769)
                Shannon M. Barrett (D. Md. Bar No. 16410)
                Deanna M. Rice (*pro hac vice*)
                O'MELVENY & MYERS LLP
                1625 Eye Street, N.W.
                Washington, D.C. 20006
                Telephone: (202) 383-5300
                Facsimile: (202) 383-5414
                bboyle@omm.com
                gjacob@omm.com
                sbarrett@omm.com
                derice@omm.com

                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I, Shannon M. Barrett, hereby certify that on May 15, 2017, I caused a copy of the foregoing document to be served upon all counsel of record via the CM/ECF system for the United States District Court for the District of Maryland.

                                          */s/ Shannon M. Barrett*
                                          Shannon M. Barrett