IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG, and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC. et al.,<br><br>Defendants. | Civil Action No. 1:17-cv-00427-MJG |

### DECLARATION OF SHANNON M. BARRETT IN SUPPORT OF DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS

I, Shannon M. Barrett, state and declare as follows:

1. I am an attorney with O'Melveny & Myers LLP, counsel for Defendants in this action.

2. I submit this declaration in support of Defendants T. Rowe Price Group, Inc. et al.'s Motion to Dismiss. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the 2010 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the 2011 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States

Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the 2012 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the 2013 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the 2014 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the 2015 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

9. Attached hereto as Exhibit 7 is a true and correct copy of the T. Rowe Price Spectrum Income Fund Prospectus dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/808303/000080830317000001/spc485b.htm (last visited and document saved as an exhibit on May 12, 2017).

10. Attached hereto as Exhibit 8 is a true and correct copy of the T. Rowe Price New Era Fund Prospectus dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/216907/000021690717000001/nef485b.htm (last visited and document saved as an exhibit on May 12, 2017).

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the Statement of Additional Information for T. Rowe Price Mutual Funds dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/216907/000021690717000001/nef485b.htm (last visited and document saved as an exhibit on May 12, 2017).

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the T. Rowe Price Group Inc. Form 10-K for the fiscal year ended December 31, 2016, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/1113169/000111316917000014/a201610k.htm (last visited and document saved as an exhibit on May 12, 2017).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of May, 2017 in Washington, D.C.

Shannon M. Barrett