IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG, and all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC. et al.,<br><br>          Defendants. | Civil Action No. 1:17-cv-00427-MJG |

**DECLARATION OF CLAY BOWERS IN SUPPORT OF**
**DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS**

I, Clay Bowers, state and declare as follows:

1. I submit this declaration in support of Defendants T. Rowe Price Group, Inc. et al.'s Motion to Dismiss.

2. I am Lead Manager, Retirement Plan Accounting, for Defendant T. Rowe Price Group, Inc. ("T. Rowe Price"), a position I have held since 2011. In that capacity, I am responsible for the benefits administration of the T. Rowe Price U.S. Retirement Program (the "Plan").

3. In connection with my role at T. Rowe Price, I have personal knowledge of the facts set forth herein and if called and sworn as a witness could and would testify thereto.

4. There is today, and has been during the period between February 14, 2011 and the present ("the Relevant Period"), only a single share class of the T. Rowe Price Spectrum Income Fund.

5. T. Rowe Price does not offer a collective trust with the same mandate as the Spectrum Income Fund, and has not offered such a collective trust during the Relevant Period.

6. Prior to December 2015, there was only a single share class of the T. Rowe Price New Era Fund.

7. A new share class of the New Era Fund, the I Class, was created in December 2015.

8. The Plan's investments in the New Era Fund were transferred to the I Class promptly after it became available, as directed by the terms of the Plan document.

9. T. Rowe Price does not offer a collective trust with the same mandate as the New Era Fund, and has not offered such a collective trust during the Relevant Period.

10. Based on its level of assets, the Plan qualifies for and invests in the lowest-cost class of units of participation in the Stable Value Common Trust Fund, the D Class.

11. Attached hereto as Exhibit A is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2006, and amendments thereto.

12. Attached hereto as Exhibit B is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2012, and amendments thereto.

13. Attached hereto as Exhibit C is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2015, and amendments thereto.

14. Attached hereto as Exhibit D is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective February 1, 2017.

15. Attached hereto as Exhibit E are true and correct copies of plaintiff David G. Feinberg's quarterly Plan participant account statements for the period from January 1, 2011 through March 31, 2017, redacted to exclude personal and financial information.

16. Attached hereto as Exhibit F is a true and correct copy of the Morningstar fact sheet for the T. Rowe Price Stable Value Common Trust Fund-D dated December 31, 2016 containing information on the historical performance of the Trust Fund compared to the Trust Fund's benchmark and peer funds. The fact sheet accurately describes the historical performance and Morningstar rating of the Trust Fund.

17. Attached hereto as Exhibit G is a true and correct copy of the Morningstar fact sheet for the T. Rowe Price Spectrum Income Fund dated March 31, 2017, containing information on the historical performance of the Fund compared to the Fund's benchmark and peer funds. The fact sheet accurately describes the historical performance and Morningstar rating of the Fund.

18. Attached hereto as Exhibit H is a true and correct copy of the Morningstar fact sheet for the T. Rowe Price New Era I Fund dated March 31, 2017, containing information on the historical performance of the Fund compared to the Fund's benchmark and peer funds. The fact sheet accurately describes the historical performance and Morningstar rating of the Fund.

19. Attached hereto as Exhibit I is a true and correct copy of the Morningstar fact sheet for the T. Rowe Price New Era Fund dated December 31, 2015, containing information on the historical performance of the Fund compared to the Fund's benchmark and peer funds. The fact sheet accurately describes the historical performance and Morningstar rating of the Fund as of that time.

20. The Morningstar fact sheets referenced in Paragraphs 16-19 were made available to Plan participants to assist them with their investment decisions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of May, 2017 in Owings Mills, Maryland.

_____
Clay Bowers