IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG et al., and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC. et al.,<br><br>            Defendants. | Civil Action No. 1:17-cv-00427-MJG |

**DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

      Defendants T. Rowe Price Group, Inc., T. Rowe Price Associates, Inc., T. Rowe Price Trust Company, T. Rowe Price Group, Inc. Management Committee, T. Rowe Price Group, Inc. Management Compensation Committee, Christopher D. Alderson, Edward C. Bernard, Michael C. Gitlin, James A.C. Kennedy, John D. Linehan, Brian C. Rogers, William J. Stromberg, Eric L. Veiel, and Edward A. Wiese hereby move to dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

      As explained more fully in the accompanying memorandum of law, Plaintiffs' First Amended Complaint should be dismissed in its entirety. Plaintiffs do not have constitutional standing to bring claims challenging funds in which they did not personally invest, and all claims Plaintiffs lacks Article III standing to raise, including (but not limited to) all claims relating to funds in which Plaintiffs did not invest, should be dismissed pursuant to Rule 12(b)(1). Plaintiffs' remaining claims should be dismissed pursuant to Rule 12(b)(6), because the First

Amended Complaint fails to state a claim as to any of the funds in which Plaintiffs actually invested.

Dated:  September 12, 2017                     Respectfully submitted,

*/s/ Shannon M. Barrett*
Brian D. Boyle (*pro hac vice*)
Gregory F. Jacob (D. Md. Bar No. 06769)
Shannon M. Barrett (D. Md. Bar No. 16410)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
bboyle@omm.com
gjacob@omm.com
sbarrett@omm.com
derice@omm.com

*Attorneys for Defendants*

Case 1:17-cv-00427-JKB   Document 35   Filed 09/12/17   Page 3 of 3

## **CERTIFICATE OF SERVICE**

      I, Shannon M. Barrett, hereby certify that on September 12, 2017, I caused a copy of the foregoing document to be served upon all counsel of record via the CM/ECF system for the United States District Court for the District of Maryland.

                                          */s/ Shannon M. Barrett*
                                          Shannon M. Barrett