IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG et al., and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC. et al.,<br><br>        Defendants. | Civil Action No. 1:17-cv-00427-MJG |

**DECLARATION OF CLAY BOWERS IN SUPPORT OF
DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Clay Bowers, state and declare as follows:

1. I submit this declaration in support of Defendants T. Rowe Price Group, Inc. et al.'s Motion to Dismiss Plaintiffs' First Amended Complaint.

2. I am Lead Manager, Retirement Plan Accounting, for Defendant T. Rowe Price Group, Inc. ("T. Rowe Price"), a position I have held since 2011. In that capacity, I am responsible for the benefits administration of the T. Rowe Price U.S. Retirement Program (the "Plan").

3. In connection with my role at T. Rowe Price, I have personal knowledge of the facts set forth herein and if called and sworn as a witness could and would testify thereto.

4. Attached hereto as Exhibit A is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2006, and amendments thereto.

5. Attached hereto as Exhibit B is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2012, and amendments thereto.

6. Attached hereto as Exhibit C is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective January 1, 2015, and amendments thereto.

7. Attached hereto as Exhibit D is a true and correct copy of the T. Rowe Price U.S. Retirement Program plan document, amended and restated effective February 1, 2017.

8. Attached hereto as Exhibit E are true and correct copies of plaintiff David G. Feinberg's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2017, redacted to exclude personal and financial information.

9. Attached hereto as Exhibit F are true and correct copies of plaintiff Regina Widderich's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2017, redacted to exclude personal and financial information.

10. Attached hereto as Exhibit G are true and correct copies of plaintiff Jitesh Jani's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2017, redacted to exclude personal and financial information.

11. Attached hereto as Exhibit H are true and correct copies of plaintiff Shital Jani's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2017, redacted to exclude personal and financial information.

12. Attached hereto as Exhibit I are true and correct copies of plaintiff James Collins's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2017, redacted to exclude personal and financial information.

13. Attached hereto as Exhibit J are true and correct copies of plaintiff Farrah Qureshi's quarterly Plan participant account statements for the period from July 1, 2012 through June 30, 2014, redacted to exclude personal and financial information.

14. Attached hereto as Exhibit K are true and correct copies of plaintiff Daniel Newman's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2012, redacted to exclude personal and financial information.

15. Attached hereto as Exhibit L are true and correct copies of plaintiff Maria Stanton's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2014, redacted to exclude personal and financial information.

16. Attached hereto as Exhibit M are true and correct copies of plaintiff Daniel Fialkoff's quarterly Plan participant account statements for the period from January 1, 2011 through September 30, 2012, redacted to exclude personal and financial information.

17. Attached hereto as Exhibit N are true and correct copies of plaintiff Michelle Bourque's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2014, redacted to exclude personal and financial information.

18. Attached hereto as Exhibit O are true and correct copies of plaintiff Thomas Henry's quarterly Plan participant account statements for the period from January 1, 2011 through June 30, 2013, redacted to exclude personal and financial information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __ day of September, 2017 in Owings Mills, Maryland.

_____
Clay Bowers