IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| DAVID G. FEINBERG et al., and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> T. ROWE PRICE GROUP, INC. et al., <br><br> Defendants. | Civil Action No. 1:17-cv-00427-MJG |

## DECLARATION OF DEANNA M. RICE IN SUPPORT OF DEFENDANTS T. ROWE PRICE GROUP, INC. ET AL.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

I, Deanna M. Rice, state and declare as follows:

1. I am an attorney with O'Melveny & Myers LLP, counsel for Defendants in this action.

2. I submit this declaration in support of Defendants T. Rowe Price Group, Inc. et al.'s Motion to Dismiss Plaintiffs' First Amended Complaint. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the 2010 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the 2011 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the 2012 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the 2013 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the 2014 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the 2015 Form 5500 for the T. Rowe Price U.S. Retirement Program, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at

https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on May 12, 2017).

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the T. Rowe Price Group Inc. Form 10-K for the fiscal year ended December 31, 2016, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/1113169/000111316917000014/a201610k.htm (last visited and document saved as an exhibit on September 12, 2017).

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Statement of Additional Information for T. Rowe Price Mutual Funds dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/216907/000021690717000001/nef485b.htm (last visited and document saved as an exhibit on May 12, 2017).

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the VY T. Rowe Price Capital Appreciation Portfolio Prospectus dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/837276/000110465917025956/a17-8811_1485bpos.htm#923ed035-a286-4a4a-8c52-16131f487efb_1 (last visited and saved as an exhibit on September 11, 2017).

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the T. Rowe Price Capital Appreciation Fund Annual Report (Form N-CSR) dated December 31, 2011, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/793347/000120677412000736/arcaf_ncsr.htm (last visited and document saved as an exhibit on September 11, 2017).

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the ING Investors Trust Annual Report (Form N-CSR) dated December 31, 2011, as obtained from the United States Securities and Exchange Commission ("SEC") website at https://www.sec.gov/Archives/edgar/data/837276/000114544312000174/d29203.htm (last visited and document saved as an exhibit on September 11, 2017).

14.     Attached hereto as Exhibit 12 is a true and correct copy of the T. Rowe Price Financial Services Fund Fact Sheet dated June 30, 2017, as obtained from the T. Rowe Price website, at https://www3.troweprice.com/pcs-ret/pcs-literature/mvc/FactSheets/FSF/active/us/en/retrieveSingleDocument (last visited and document saved as an exhibit on September 11, 2017).

15.     Attached hereto as Exhibit 13 is a true and correct copy of the T. Rowe Price Real Assets Fund Summary Prospectus dated May 1, 2017, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/1486048/000148604817000003/rafpta-may58.htm (last visited and saved as an exhibit on September 11, 2017).

16.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the T. Rowe Price Real Assets Fund Prospectus dated May 1, 2012, as obtained from the United States Securities and Exchange Commission ("SEC") website, at https://www.sec.gov/Archives/edgar/data/1486048/000093115112000012/raf3.htm (last visited and saved as an exhibit on September 11, 2017).

17.     Attached hereto as Exhibit 15 is a true and correct copy of the 2015 Form 5500 for the T. Rowe Price New Horizons Trust, as obtained from the United States Department of Labor's website through the "Form 5500/5500-SF Filing Search" page located at

4

htttps://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1# (last visited and document saved as an exhibit on September 11, 2017).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of September, 2017 in Washington, D.C.

_____
Deanna M. Rice