IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG et al., and all others similarly situated, ) ) ) ) Plaintiffs, ) ) vs. ) ) T. ROWE PRICE GROUP, INC. et al., ) ) Defendants. ) ) | Civil Action No. 1:17-cv-00427-JKB |

*Granted*
/s/ JKB
2/15/19

## JOINT MOTION FOR PROTECTIVE ORDER

Defendants and Plaintiffs, through their undersigned counsel, hereby jointly file this Joint Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c). Counsel for Defendants and counsel for Plaintiffs have conferred, reviewed, and agreed to this Joint Motion for Protective Order and the attached Proposed Stipulated Protective Order. A protective order is necessary for the protection of confidential documents that may be produced in this matter by the parties because the documents may contain proprietary and other confidential information. The Proposed Stipulated Protective Order is attached to this Joint Motion. Accordingly, Defendants and Plaintiffs respectfully request that the Court issue the attached Proposed Stipulated Protective Order.

Respectfully submitted,

Dated: February 15, 2019

By: /s/ *James A. Moore*
James A. Moore (admitted *pro hac vice*)
Mikael Neville (USDC D. Md Bar No. 19855)
MCTIGUE LAW LLP
4530 Wisconsin Ave., NW, Ste. 300
Washington, DC 20016
Tel: (202) 364-6900
Fax: (202) 364-9960
jmoore@mctiguelaw.com
mneville@mctiguelaw.com

By: /s/ *Scott M. Lempert*
COHEN MILSTEIN SELLERS & TOLL, PLLC
Karen L. Handorf (admitted *pro hac vice*)
Scott M. Lempert (admitted *pro hac vice*)
Jamie Bowers (admitted *pro hac vice*)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
khandorf@cohenmilstein.com
slempert@cohenmilstein.com
jbowers@cohenmilstein.com

*Counsel for Plaintiffs*

By: /s/ *Shannon M. Barrett*
Shannon M. Barrett
Brian D. Boyle (*pro hac vice*)
Gregory F. Jacob (D. Md. Bar No. 06769)
Shannon M. Barrett (D. Md. Bar No. 16410)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
bboyle@omm.com
gjacob@omm.com
sbarrett@omm.com
derice@omm.com

Jeffrey A. N. Kopczynski (*pro hac vice pending*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
jkopczynski@omm.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Shannon M. Barrett, hereby certify that on February 15, 2019, I caused a copy of the foregoing document to be served upon all counsel of record via the CM/ECF system for the United States District Court for the District of Maryland.

/s/ *Shannon M. Barrett*
Shannon M. Barrett