IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>v.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>　　　　　Defendants. | Civil Action File No.:<br>1:17-cv-427<br><br>**PLAINTIFFS' UNOPPOSED OMNIBUS MOTION FOR CLASS CERTIFICATION, AMENDMENT OF COMPLAINT, AND APPROVAL OF JOINT STIPULATION TO CLASS CERTIFICATION, AMENDMENT OF COMPLAINT, AND DISMISSAL OF CERTAIN INDIVIDUAL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 15, 23, and 42, Plaintiffs seek an order (i) approving their proposed Second Amended Class Action Complaint ("SAC"), (ii) granting their motion for certification of the claims in the SAC, appointing the named plaintiffs as class representatives, and appointing Plaintiffs' counsel as Class Counsel, and (iii) approving the parties' joint stipulation in which the parties stipulate, *inter alia*, to class certification, amendment of the complaint, and dismissal without prejudice of certain individual defendants. A brief in support of class certification is filed herewith. The SAC, a redline of the SAC, the joint stipulation, and a proposed order are attached as Exhibits A-D.

1. As indicated in the attached stipulation, Ex. C, Defendants have consented to Plaintiffs' proposed SAC, Ex. A. Accordingly, this amendment is effective even without leave of court, Fed. R. Civ. P. 15(a)(2), but for clarity Plaintiffs are including it within this motion. The changes in the proposed SAC are mostly minor and are indicated in the attached redline version. Ex. B. The changes include naming of individual Plan trustees who were previously identified only as Does, addition of the T. Rowe Price Board of Directors as a Defendant, and removal of individual Defendants who were named in their capacity as members of the T. Rowe Price Management Committee.

2. Plaintiffs are also moving for class certification of the claims in the SAC for the reasons set forth in the accompanying brief. As indicated in the attached joint stipulation, Ex. C, all parties have consented to class certification.

3. Plaintiffs also seek Court approval of the attached joint stipulation, Ex.C. In addition to stipulating to amendment of the complaint and class certification, the parties have agreed to the dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of current Defendants Christopher D. Alderson, Edward C. Bernard, Michael C. Gitlin, James A. C.

1

Kennedy, John D. Linehan, Brian C. Rogers, William J. Stromberg, Eric L. Veiel, and Edward A. Wiese.  All these Defendants were members of the T. Rowe Price Management Committee, and were alleged to be Plan fiduciaries in that that committee had responsibility during a portion of the Class Period for appointing the Trustees.  While that committee remains a defendant in the SAC, T. Rowe Price Group, Inc., has agreed to assume liability for any finding of breach or ERISA violation related to this litigation.  Accordingly, to simplify and streamline the litigation, the parties agree that there is no need to name the individual members of the committee, or the individual members of the other entities who served as appointing fiduciaries during the Class Period (which include the T. Rowe Price Board of Directors and the T. Rowe Price Management Compensation Committee).  As indicated in the stipulation, the dismissed defendants agree to cooperate in discovery as if they were parties.

WHEREFORE, Plaintiffs ask that their motion be granted.  A proposed order is attached as Exhibit D.

Respectfully Submitted,

By /s/_James A. Moore_____

James A. Moore (admitted *Pro Hac Vice*)
J. Brian McTigue (admitted *Pro Hac Vice*)
Mikael Neville (USDC D. of MD Bar No. 19855)
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960
jmoore@mctiguelaw.com
mneville@mctiguelaw.com
bmctigue@mctiguelaw.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Karen L. Handorf (admitted *Pro Hac Vice*)
Scott M. Lempert (admitted *Pro Hac Vice*)

                Jamie Bowers (admitted *Pro Hac Vice*)
                1100 New York Avenue, N.W.
                Suite 500, West Tower
                Washington, D.C.  20005
                Tel: (202) 408-4600
                Fax: (202) 408-4699
                khandorf@cohenmilstein.com
                slempert@cohenmilstein.com
                jbowers@cohenmilstein.com
                *Counsel for Plaintiff*