IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **DAVID G. FEINBERG, et al., and all others similarly situated,**<br><br>　　　　　　　**Plaintiffs,**<br>　v.<br><br>**T. ROWE PRICE GROUP, INC., et al.,**<br><br>　　　　　　　**Defendants.** | Civil Action File No.:<br>**1:17-cv-427** |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED OMNIBUS MOTION FOR CLASS CERTIFICATION, AMENDMENT OF COMPLAINT, AND APPROVAL OF JOINT STIPULATION TO CLASS CERTIFICATION, AMENDMENT OF COMPLAINT, AND DISMISSAL OF CERTAIN INDIVIDUAL DEFENDANTS

Upon consideration of Plaintiffs' motion and supporting materials it is hereby

ORDERED:

(1)　　Plaintiffs' motion is GRANTED.

(2)　　Plaintiffs' proposed Second Amended Complaint is DEEMED FILED on May 1, 2019, the date Plaintiffs filed their motion. The Clerk SHALL DOCKET ECF No. 77-1 as the Second Amended Complaint.

(3)　　The parties' *Joint Stipulation to Class Certification, Adjudication of Plaintiffs' Claims on a Class Basis, Amendment of Complaint, and Dismissal without Prejudice of Certain Individual Defendants* is hereby APPROVED. Individual Defendants Christopher D. Alderson, Edward C. Bernard, Michael C. Gitlin, James A. C. Kennedy, John D. Linehan, Brian C. Rogers, William J. Stromberg, Eric L. Veiel, and Edward A. Wiese are thereby dismissed without prejudice.

(4) Upon consideration of the aforementioned Joint Stipulation and Plaintiffs' brief in support of class certification, this action is certified as a class action pursuant to Fed. R. Civ. P. 23(b)(1) for a class defined as follows:

> All participants in the T. Rowe Price U.S. Retirement Program who had a balance in their plan account at any time from February 14, 2011 through the date of judgment. Any individual Defendants, any members of the T. Rowe Price Board of Directors, the Management Committee, the Management Compensation Committee, and their beneficiaries and immediate families are excluded from the class.

Named Plaintiffs David G. Feinberg, Regina Widderich, Jitesh Jani, Sital Jani, James Collins, Farrah Qureshi, Daniel Newman, Maria Stanton, Daniel Fialkoff, Michelle Bourque, and Thomas Henry are appointed class representatives.

McTigue Law LLP and its attorneys J. Brian McTigue and James A. Moore, and Cohen Milstein Sellers & Toll PLLC and its attorneys Karen L. Handorf and Scott M. Lempert are appointed as Class Counsel pursuant to Fed. R. Civ. P. 23(g)(1). Adam Farra is appointed as local/liaison counsel for the Class

**SO ORDERED.**

May 17, 2019

BY THE COURT:

James K. Bredar
Chief Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

/s/ Scott M. Lempert
Scott M. Lempert