**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:
848899-5

May 24, 2019

**Jeffrey A. N. Kopczynski**
D: +1 212 728 5675
jkopczynski@omm.com

<u>**VIA ECF**</u>

The Honorable J. Mark Coulson
United States District Court for the District of Maryland
101 W. Lombard Street, 8D
Baltimore, MD 21201

***Feinberg v. T. Rowe Price Group, Inc., et al.*, 1:17-cv-00427-JKB**

Dear Judge Coulson:

We represent Defendants in the above-captioned action, and we submit this letter in response to Plaintiffs' *ex parte* request for a conference regarding search terms (ECF No. 85).  Plaintiffs submitted their letter without notice to us of any kind, including without even notifying us that they believe the parties are at an impasse.  Indeed, in our most recent letter to them, we reiterated our willingness to "discuss any specific concerns or entertain any specific requests" regarding our search plan, as has been our approach at every stage of this process.  ECF No. 85, Ex. 12, p. 4 (May 17, 2019 Letter from J. Kopczynski to J. Moore).

Said succinctly, we strongly disagree with Plaintiffs' letter and in particular, their "simplified chronology of key events."  ECF No. 85, p. 3.  We would be pleased to respond orally at a conference scheduled at the Court's convenience.  Alternatively, as is our preference, we can submit a written response to Plaintiffs' letter brief ahead of any scheduled conference, so that the Court is fully informed of the relevant issues and positions before providing guidance.  If the Court prefers we submit a written response, we request five business days, until June 4, 2019, to prepare a submission and complete the record on the issues Plaintiffs raised.

Respectfully submitted,

*/s/ Jeffrey A. N. Kopczynski*

Jeffrey A. N. Kopczynski

cc: All Counsel of Record (via ECF)