UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

David Feinberg, et al., and all others similarly situated,

        Plaintiffs,

vs.

T. Rowe Price Group, Inc., et al.,

        Defendants.

Case No. 1:17-cv-00427-JKB

## SCHEDULING ORDER

The Parties have jointly moved for an extension of expert discovery and summary judgment deadlines by 45 days due to complications arising from the COVID-19 pandemic.

The Court grants the motion for good cause shown and orders that the following deadlines shall apply in this case:

    <u>July 10, 2020</u>: Completion of Expert Discovery

    <u>August 10, 2020</u>: Plaintiffs' Motion for Summary Judgment

    <u>September 10, 2020</u>: Defendants' Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment

    <u>October 9, 2020</u>: Plaintiffs' Opposition to Defendants' Cross-Motion and Reply in Support of their Motion

    <u>October 23, 2020</u>: Defendants' Reply in Support of their Motion

**SO ORDERED**

This 30th day of April, 2020 .

                                  _____/s/_____
                                  J. Mark Coulson
                                  United States Magistrate Judge