## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**A. DAVID COPPERTHITE**
**UNITED STATES MAGISTRATE JUDGE**

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0946
MDD_ADCchambers@mdd.uscourts.gov

May 27, 2020

TO COUNSEL OF RECORD

    Re:   *David G. Feinberg, et al. v. T. Rowe Price Group, Inc., et al.*
          Civil No. JKB-17-427

Dear Counsel:

    The settlement conference in this case previously scheduled for May 13, 2020 was cancelled pursuant to the Court's Standing Order postponing all-non-emergency proceedings through June 5, 2020. Accordingly, I am rescheduling the settlement conference for **Monday, July 20, 2020 at 10:00 a.m. If you are unable to proceed on that date, or if you no longer wish to have a settlement conference, please contact Chambers immediately.**

    Although we would all prefer to proceed with an in-person settlement conference, it is unclear at this time whether that will be possible. If we are unable to meet in person on July 20th, I would like to proceed remotely with the conference that day. We could use an audio/video platform such as ZOOM or a telephonic conference that is available to the Court. Given the uncertainty as to when we will be able to proceed in person, and our collective commitment to facilitating the orderly progress of this case, I hope that you share my view. If you have any issues or questions regarding proceeding remotely, please send me an *ex parte* email to my chambers email address.

    The same guidelines set forth in ECF 135 apply to this conference, including the requirement that you exchange a demand and offer prior to the conference, as detailed in the letter. The new date for the submission of *ex parte* letters is **Monday July 6, 2020.** Please email your letters to mdd_adcchambers@mdd.uscourts.gov.

    I look forward to trying to resolve this case with you. I will contact you shortly before July 20th to advise you as to whether we can proceed with the conference in person. If you have any questions, please contact my chambers.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

    Very truly yours,

    /s/

    A. David Copperthite
    United States Magistrate Judge