UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| David Feinberg, et al., and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>T. Rowe Price Group, Inc., et al.,<br><br>Defendants. | Case No. 1:17-cv-00427-JKB |

**DECLARATION OF SCOTT M. LEMPERT
IN SUPPORT OF PLAINTIFFS' COMBINED (1) REPLY BRIEF IN SUPPORT
OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND (2) BRIEF
IN OPPOSITION TO DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT**

I, Scott M. Lempert, declare under penalty of perjury:

1. I submit this Declaration in support of Plaintiffs' combined (1) Reply Brief in Support of their Motion for Partial Summary Judgment and (2) Brief in Opposition to Defendants' Cross Motion for Summary Judgment ("Declaration"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am an attorney at Cohen Milstein Sellers & Toll, PLLC, 1100 New York Avenue NW, Suite 500, Washington, DC 20002, and am one of the attorneys representing Plaintiffs and the Class in the above-captioned action.

2511142 v1

3. I submit this declaration for the purpose of transmitting to the Court true and correct copies of the following documents:

> **Exhibit A:** Select portions of the deposition transcript of Jennifer Conrad dated July 10, 2020, pages 67-74, 83-85, 89, 113-125,135-151, 165, 168-170, 179-181, 257, 259-263, 276-277;
>
> **Exhibit B:** Select portions of the deposition transcript of Lawrence Puglia dated November 13, 2019, pages 58-60, 68, 73, 88, 102-104, 134-135, 206-210, 213-214, 216-218, 245, 249, 339, 346, 408-410, 418-419;
>
> **Exhibit C:** Select portions of the deposition transcript of Clay Bowers dated November 8, 2019, pages 148, 179-182;
>
> **Exhibit D:** Select portions of the deposition transcript of Eileen Kamerick dated July 6, 2019, pages 17-19, 34-35, 37-38, 81, 86-88;
>
> **Exhibit E:** Select portions of the deposition transcript of Kenneth Moreland dated November 15, 2019, pages 28-30, 44-45, 54-56, 68-70, 133-134;
>
> **Exhibit F:** Select portions of the deposition transcript of Steven Banks dated November 22, 2019, pages 33-36, 57-61;
>
> **Exhibit G:** Select portions of the deposition transcript of Preston Athey dated December 2, 2019, pages 49, 97-100;
>
> **Exhibit H:** Select portions of the deposition transcript of William Stromberg dated November 25, 2019, pages 26, 32-33, 56, 110-111;
>
> **Exhibit I:** Select portions of the deposition transcript of Meredith Stewart dated November 7, 2019, pages 62-23, 82-89, 157;
>
> **Exhibit J:** Select portions of the deposition transcript of Rule 30(b)(6) witness Preston Athey dated October 31, 2019, pages 106-114, 145-146, 150-151, 160-162;
>
> **Exhibit 1:** 2012 T. Rowe Price U.S. Retirement Program Form 5500, as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e 1s1 on October 23, 2020;

**Exhibit 2:** 2012 Capital Retirement Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 3:** 2012 Fidelity Retirement Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 4:** 2012 Vanguard Retirement & Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 5:** 2017 T. Rowe Price U.S. Retirement Program Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 6:** 2017 Capital Retirement Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 7:** 2017 Fidelity Retirement Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 8:** 2017 Vanguard Retirement & Savings Plan Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 9:** The BrightScope/ICI Defined Contribution Plan Profile: A Close Look at 401(k) Plans, 2016 as obtained by me from the BrightScope/Investment Company Institute's website at https://www.ici.org/pdf/19_ppr_dcplan_profile_401k.pdf, on July 1, 2020;

**Exhibit 10:** April 21, 2020 Expert Reply Report of Steve Pomerantz;

**Exhibit 11:** Email from Margaret Raymond to Clay Bowers, dated April 8, 2016 [TRP_Feinberg00105993-97];

**Exhibit 12:** Email from Margaret Raymond to Ken Moreland and Deanna Fidler, dated January 14, 2016 [TRP_Feinberg00080871-72];

**Exhibit 13:** Email from Clay Bowers to Craig Smith and Margaret Raymond, dated January 15, 2015 [TRP_Feinberg00079486-94];

**Exhibit 14:** January 13, 2019 Draft T. Rowe Price U.S. Retirement Program Announcement [TRP_ Feinberg00044959-44959.00002];

**Exhibit 15:** August 2014 Common Trust Funds Use Policy [TRP_Feinberg00041297-302];

**Exhibit 16:** T. Rowe Price Blue Chip Growth Trust Annual Report, December 31, 2012 [TRP_Feinberg00036533-55];

**Exhibit 17:** December 31, 2015 T. Rowe Price Capital Appreciation Trust Annual Report [TRP_Feinberg00025056-91];

**Exhibit 18:** T. Rowe Price Growth Stock Trust A & D Fact Sheets, obtained by me from TRP's website at https://www3.troweprice.com/rws/rps/public/assets/ffs/GAT.pdf & https://www3.troweprice.com/rws/rps/public/assets/ffs/GDT.pdf on October 23, 2020.

**Exhibit 19:** December 31, 2017 T. Rowe Price Growth Stock Trust Annual Report [TRP_Feinberg00070271-95];

**Exhibit 20:** December 31, 2017 T. Rowe Price Equity Income Trust Annual Report [TRP_Feinberg00042352-79];

**Exhibit 21:** 2010 T. Rowe Price Trust Suite Update [TRP_Feinberg00008540-543];

**Exhibit 22:** December 31, 2013 T. Rowe Price New Horizons Trust Annual Report [TRP_Feinberg00066216-51];

**Exhibit 23:** March 23, 2012 T. Rowe Price U.S. Retirement Program Investment Lineup to Change [TRP_Feinberg00001466-68];

**Exhibit 24:** 2009 TRP Blue Chip Growth Trust DFE Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 25:** 2009 TRP New Horizons Trust DFE Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 26:** 2009 TRP Equity Income Trust DFE Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 27:** 2009 Entergy Corporation Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 28:** 2009 Automobile Club of Southern California Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 29:** 2009 Ceridian Corporation Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 30:** 2009 Pugent Sound Energy, Inc. Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 31:** June 2014 Notice of T. Rowe Price U.S. Retirement Program Investment Lineup Changes [TRP_Feinberg00002499-502];

**Exhibit 32:** May 23, 2014 TRP Plan Investment Options spreadsheet [TRP_Feinberg00035063]

**Exhibit 33:** 2009 TRP U.S. Bond Enhanced Index Trust DFE Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 34:** 2009 Rite Aid Corp. Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 35:** 2009 Automobile Club of Southern California Qualified Plan Master Trust Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 36:** June 30, 2013 Plan at a Glance spreadsheet [TRP_Feinberg00009640];

**Exhibit 37:** May 28, 2014 Fund changes spreadsheet [TRP_Feinberg00002498];

**Exhibit 38:** Email from Clay Bowers to James Morrow et al., dated May 28, 2014 [TRP_Feinberg00002496-97];

**Exhibit 39:** December 31, 2014 Monthly Balances spreadsheet [TRP_Feinberg00045575];

**Exhibit 40:** T. Rowe Price Funds Release Date Spreadsheet [TRP_Feinberg00004017];

**Exhibit 41:** March 31, 2019 Global Stock Fund – I Class Fact Sheet [TRP_Feinberg00078003-04]

**Exhibit 42:** October 31, 2019 Monthly Balance spreadsheet. [TRP_Feinberg00109544]

**Exhibit 43:** Plaintiffs' Second Supplemental Response to Defendants' Interrogatories 4-7, 10, 12 & 14, dated February 7, 2020;

2511142 v1

**Exhibit 44:** 2009 Hedrick & Struggles Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 45:** 2009 Tecta America Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 46:** 2011 Tecta America Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 47:** 2009 Houlihan Lokey Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 48:** 2014 Houlihan Lokey Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 49:** 2010 Press Ganey Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 50:** 2011 Press Ganey Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 51:** 2015 Press Ganey Form 5500 as obtained by me from the Department of Labor's website through the "Form 5500 Filing Search page located at: https://www.efast.dol.gov/portal/app/disseminatePublic?execution=e1s1 on October 23, 2020;

**Exhibit 52:** October 5, 2011 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000929-32];

**Exhibit 53:** May 14, 2012 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000933-35];

**Exhibit 54:** October 15, 2012 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000936-37];

**Exhibit 55:** May 20, 2013 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000938-39];

**Exhibit 56:** October 28, 2013 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000941-42];

**Exhibit 57:** May 20, 2014 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000943-44];

**Exhibit 58:** November10, 2014 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000945-46];

**Exhibit 59:** June 8, 2015 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000947-49];

**Exhibit 60:** November 3, 2015 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg000950-51];

**Exhibit 61:** November 11, 2016 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000954-55];

**Exhibit 62:** August 9, 2006 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00109510-12];

**Exhibit 63:** Eileen Kamerick Interview Notes with Michael McGonigle dated March 27, 2020;

**Exhibit 64:** Eileen Kamerick Interview Notes with Lawrence Puglia dated March 26, 2020;

**Exhibit 65:** Eileen Kamerick Interview Notes with Eric Veiel dated March 23, 2020;

**Exhibit 66:** Eileen Kamerick Interview Notes with Jerome Clark and Kim DeDominicis dated March 27, 2020;

**Exhibit 67:** April 21, 2020 Reply Expert Report of Kenneth Malek;

**Exhibit 68:** April 21, 2020 Reply Expert Report of Samuel Halpern;

**Exhibit 69:** March 12, 2010 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00109482-84];

**Exhibit 70:** June 2, 2010 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg000067633-35];

**Exhibit 71:** October 15, 2010 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00050346-49];

**Exhibit 72:** May 24, 2011 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting **[**TRP_Feinberg00000927-28];

**Exhibit 73**: May 30, 2017 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000956-57];

**Exhibit 74:** October 31, 2017 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000958-59];

**Exhibit 75:** December 14, 2017 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000960-61];

**Exhibit 76:** June 5, 2018 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000962-63];

**Exhibit 77:** November 9, 2018 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00078012-14];

**Exhibit 78:** May 6, 2019 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00078015];

**Exhibit 79:** Email from Craig Keim to Clay Bowers, dated June 5, 2016 [TRP_Feinberg00039893-95];

**Exhibit 80:** Fi360 T. Rowe Price Investment Profile(s), dated March 31, 2016 [TRP_Feinberg000000530-53];

2511142 v1

**Exhibit 81:** June 8, 2016 Minutes of T. Rowe Price U.S. Retirement Plan Trustee Meeting [TRP_Feinberg00000952-53];

**Exhibit 82:** March 31, 2014 T. Rowe Price U.S. Retirement Plan – Lipper Mutual Fund Report Card [TRP_Feinberg00031190];

**Exhibit 83:** January 16, 2012 T. Rowe Price International Value Equity Trust Offering Circular [TRP_Feinberg00070208-14];

**Exhibit 84:** December 14, 2011 Active Trust Information Guide spreadsheet [TRP_Feinberg00002551];

**Exhibit 85:** January 1, 2012 T. Rowe Price Emerging Markets Equity Trust Offering Circular [TRP_Feinberg00070161-69];

**Exhibit 86:** January 16, 2012 T. Rowe Price Real Assets I Offering Circular [TRP_Feinberg00070221-27];

**Exhibit 87:** Summary of Activity and Associate Questions from October 7, 2016 Fund Changes [TRP_Feinberg00001825];

**Exhibit 88**: Larry J. Puglia 2016 Self Evaluation, dated October 24, 2016 [TRP_Feinberg00031837-55].

The foregoing is true to the best of my knowledge, information and belief.

Executed on October 30, 2020, in Philadelphia, PA.

                                               /s/ Scott M. Lempert
                                               **Scott M. Lempert**