IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID G. FEINBERG, *et al.*,<br>and all others similarly situated, | * | |
| Plaintiffs | * | |
| v. | * | CIVIL NO. JKB-17-427 |
| T. ROWE PRICE<br>GROUP, INC., *et al.*, | * | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth in the foregoing Memorandum, it is hereby ORDERED:

1. Plaintiffs' Motion for Partial Summary Judgment (ECF No. 142) is DENIED.

2. Plaintiffs' Motions to Strike (ECF Nos. 180, 190) are DENIED.

3. Defendants' Cross-Motion for Summary Judgment (ECF No. 147) is GRANTED in part and DENIED in part.

    a. The Motion is GRANTED as to Count III (Imprudent Investment Advice).

    b. The Motion is DENIED as to all other Counts.

DATED this __9__ day of February, 2021.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
Chief Judge