IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| David Feinberg, et al., and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>T. Rowe Price Group, Inc., et al.,<br><br>        Defendants. | Case No. 1:17-cv-00427-JKB |

**JOINT STATUS REPORT**

Plaintiffs and Defendants (collectively "the Parties"), through undersigned counsel, file this Joint Status Report pursuant to the Court's February 19, 2021 Order (Dkt. No. 203). The italicized text below is taken from that Order.

1. *Whether the case is to be tried jury or non-jury and the anticipated length of trial*. The case will be tried non-jury. The anticipated trial length is eight days.

2. *A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein*. On November 2, 2018, counsel for the Parties met in person at the Washington, DC offices of Plaintiffs' counsel Cohen Milstein Sellers & Toll, PLLC, to discuss the possibility of settlement. At that meeting, counsel for Defendants proposed a framework for a potential settlement, and there were written communications between the Parties both before and after that in-person meeting. No settlement agreement was reached. In addition, on June 23, 2020, counsel for the Parties simultaneously exchanged written settlement demand and

settlement offer letters.  As noted in response to paragraph 3 below, the Parties have now agreed to mediation before Magistrate Judge Copperthite.

3. *Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion.*  The Parties have agreed to mediation before Magistrate Judge Copperthite in the near future.  Resolution of motions is not pertinent to the timing of the mediation.  The Parties will promptly inform the Court if a tentative settlement agreement is reached.

4. *Whether all parties consent, pursuant to 28 U.S.C. §636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.*  The Parties do not consent.

5. *Any other matter which you believe should be brought to the court's attention.*  In addition to the planned mediation, Plaintiffs intend to file on February 24 a motion for reconsideration of certain findings in the Court's February 10, 2021 Memorandum Opinion on the Parties' summary judgment motions.  The Parties will be prepared to provide their respective views on the implications of these events on trial scheduling during their conference call with the Court.

    /s/ James A. Moore
J. Brian McTigue, *admitted pro hac vice*
James A. Moore, *admitted pro hac vice*
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960

bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Karen L. Handorf, *admitted pro hac vice*
Scott Lempert, *admitted pro hac vice*
Jamie Bowers, *admitted pro hac vice*
Douglas J. McNamara (MD Bar #20786)
**COHEN MILSTEIN SELLERS**
  **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
slempert@cohenmilstein.com
khandorf@cohenmilstein.com
jbowers@cohenmilstein.com
DMcNamara@cohenmilstein.com

*Counsel for Plaintiffs and the Class*


/s/ Brian D. Boyle
Brian D. Boyle (*pro hac vice*)
Shannon M. Barrett (D. Md. Bar No. 16410)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W. Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
bboyle@omm.com
sbarrett@omm.com
derice@omm.com

Gerard A. Savaresse (*pro hac vice*)
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
gsavaresse@omm.com

*Attorneys for Defendants*

3