**IN UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 1:17-cv-00427-JKB |

**MOTION FOR PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT, THE FORM AND MANNER
OF CLASS NOTICE, MODIFICATION OF CLASS DEFINITION, SUBSTITUTION OF
CLASS COUNSEL, AND SCHEDULING OF A FAIRNESS HEARING**

　　　　Plaintiffs respectfully move the Court for an Order: (1) preliminarily approving the Parties' proposed Class Action Settlement; (2) approving the form and method of providing Class Notice; (3) approving two minor modifications of the Class definition to facilitate the settlement process; (4) substituting Mary J. Bortscheller for Karen L. Handorf as one of the named Class Counsel, and (5) setting a time for a Fairness Hearing to determine whether to finally approve the proposed Settlement, approve the requested attorneys' fees and expenses, and approve the requested service awards for the Class Representatives.

　　　　Plaintiffs' memorandum of law, declaration of James Moore in support of this motion, and declaration of Steve Pomerantz, Ph.D. are filed herewith.  Exhibits to this motion are 1 – the Settlement Agreement; 2 – a proposed Plan of Allocation; 3 – a proposed preliminary approval order; 4 – a proposed Class Notice; and 5 – professional biography of Mary J. Bortscheller.

/s/ James A. Moore
J. Brian McTigue, *admitted pro hac vice*
James A. Moore, *admitted pro hac vice*
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Mary J. Bortscheller, *admitted pro hac vice*
Scott Lempert, *admitted pro hac vice*
Douglas J. McNamara (MD Bar #20786)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mbortscheller@cohenmilstein.com
slempert@cohenmilstein.com
DMcNamara@cohenmilstein.com

*Counsel for Plaintiffs and the Class*
