**IN UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>      Defendants. | Case No. 1:17-cv-00427-JKB |

**PLAINTIFFS' NOTICE OF AMENDMENT TO SETTLEMENT AGREEMENT AND
UNOPPOSED MOTION TO AMEND AND REAFFIRM
PRELIMINARY APPROVAL ORDER**

  1. Plaintiffs have discovered a few minor and inadvertent errors in the Settlement Agreement preliminarily approved by the Court via order entered January 18, 2022. (Dkt. No. 239). Accordingly, Plaintiffs wish to notify the Court that the Parties have entered into an amendment to the Settlement Agreement which is attached as Exhibit A.

  2. In addition, Plaintiffs have discovered a typographical error in the Court's preliminary approval order that they believe ought to be corrected. Paragraph 10 of that order states: "Any objector who files and serves a timely, written objection in accordance with the terms of this Order as set out in Paragraph 10 [sic] above may also appear at the Fairness Hearing…." (Dkt. No. 239 at 14). The error is that the cross reference should be to Paragraph 9 (not 10). (Plaintiffs believe this error occurred because the Court changed the paragraph numbering in the proposed order, but did not update the cross reference to reflect the new

1

numbering.)  Plaintiffs request that the order be amended to eliminate the possibility of confusion on the procedure for presenting objections.

3. Plaintiffs do not believe that the amendment to the Settlement Agreement or the typographical error in the Court's order are material to the Court's prior decision preliminarily approving the settlement or affect any deadlines, so they respectfully move the Court to enter an order reaffirming its preliminary approval of the settlement in all respects and amending its order.

4. The Class Notice of the Settlement has not yet been printed or distributed, and the Class Notice will include all the correct information.

5. A proposed order is attached as Exhibit B.

/s/ James A. Moore
J. Brian McTigue, *admitted pro hac vice*
James A. Moore, *admitted pro hac vice*
**MCTIGUE LAW LLP**
4530 Wisconsin Avenue, NW
Suite 300
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Mary J. Bortscheller, *admitted pro hac vice*
Douglas J. McNamara (MD Bar #20786)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mbortscheller@cohenmilstein.com
DMcNamara@cohenmilstein.com

*Counsel for Plaintiffs and the Class*