## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### BALTIMORE DIVISION

|  |  |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated, | |
| Plaintiffs, | |
| vs. | Case No. 1:17-cv-00427-JKB |
| T. ROWE PRICE GROUP, INC., et al., | |
| Defendants. | |

## ████████ ORDER GRANTING MOTION TO AMEND AND REAFFIRM ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT

Currently before the Court is *Plaintiffs' Notice of Amendment to Settlement Agreement and Unopposed Motion to Amend and Reaffirm Preliminary Approval Order*. The Court has reviewed the notice and motion and agrees with Plaintiffs that the changes are not material to the Court's prior decision preliminarily approving the settlement.

In addition, the Court agrees that the statement "as set out in Paragraph 10 above" in the first sentence of ¶10 of the Court's preliminary approval order (ECF No. 239) should be amended to read "as set out in Paragraph 9 above."

Accordingly, the Court hereby GRANTS the motion, amends its preliminary approval order as indicated, and reaffirms its prior order and decision preliminarily approving the settlement, and all deadlines stated therein.

**IT IS SO ORDERED.**

Dated: _Feb 23_, 2022

_____
Hon. James K. Bredar
Chief United States District Judge