UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>       Defendants. | Case No. 1:17-cv-00427-JKB |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully move the Court for an Order granting final approval of the proposed class action settlement that the Court preliminarily approved by order entered January 18, 2022. (ECF No. 239). Defendants do not oppose the requested relief.

Plaintiffs' memorandum of law and a proposed order are filed herewith. Also attached are Exhibit 1 (the final version of the proposed Plan of Allocation), Exhibit 2 (Declaration of Sara Schwermer-Sween regarding Class Notice Distribution and Settlement Administration Activities Completed as of April 3, 2022), Exhibit 3 (proposed order), and Exhibit 4 (Defense Counsel declaration regarding CAFA notice). A declaration of Class Counsel Mary J. Bortscheller accompanying *Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, And Service Awards to Class Representatives* is also filed in support of this motion.

                 /s/ James A. Moore
                 J. Brian McTigue, *admitted pro hac vice*
                 James A. Moore, *admitted pro hac vice*
                 **MCTIGUE LAW LLP**
                 5028 Wisconsin Ave NW

Suite 100
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Mary J. Bortscheller, *admitted pro hac vice*
Douglas J. McNamara (MD Bar #20786)
**COHEN MILSTEIN SELLERS**
 **& TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mbortscheller@cohenmilstein.com
DMcNamara@cohenmilstein.com

***Counsel for Plaintiffs and the Class***