UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>      Defendants. | Case No. 1:17-cv-00427-JKB |

## PLAN OF ALLOCATION

This *Plan of Allocation*[1] describes how the *Net Settlement Amount* is to be allocated to *Class* members.

The first step in the *Plan of Allocation* is to allocate $20 to each *Class* member.

Next, the remainder of the *Net Settlement Amount* after making this payment will be allocated pro rata based on quarterly balances during the *Class Period* in the 39 *Challenged Funds*, all of which were offered in the T. Rowe Price Retirement Program ("*Plan*") during the *Class Period*, which runs from February 14, 2011 through January 18, 2022.[2]

The pro rata allocation of the remainder of the *Net Settlement Amount* will then be reduced for those *Class* members who previously received a distribution of the 2019 *Special Payment*. Specifically, for any portion of a *Class* member's pro rata allocation attributable to

---

[1] The capitalized italicized terms in this *Plan of Allocation* have the same meaning as in the *Settlement Agreement,* or, if not defined there, have the meaning ascribed to them here.

[2] For purposes of the *Plan of Allocation*, the partial quarters beginning and ending the *Class Period* are treated as full quarters because doing so has a *de minimis* effect on the allocation calculations and simplifies and streamlines administration and implementation of the *Plan of Allocation*.

1

their investments from 2011-2013, the amount of any distribution they received from the *Special Payment* will be subtracted. The sum of the offset amounts will be allocated pro rata in proportion to investments in the *Challenged Funds* but only to *Class* members who did not receive the *Special Payment*.

To be eligible for a distribution from the *Net Settlement Amount*, a *Class* member must be a *Current Participant,* a *Former Participant*, or a *Beneficiary* of such a person.

A *Beneficiary* will receive their payment as described in this *Plan of Allocation* in an amount corresponding to their entitlement as a *Beneficiary* of a *Current Participant* or of a *Former Participant* with respect to which the payment is made.

### *Allocation Method*

Part One – Allocate the $20 Minimum

(a) Allocate $20 to each *Class* member from the *Net Settlement Amount*. The remainder is the *Remaining Net Settlement Amount*.

Part Two – Determine Preliminary Allocations Relating to Investments in the *Challenged Funds*

(b) Determine each *Challenged Fund Class* member quarterly balance for each of the *Challenged Funds* and for each *Class* member at the close of each quarter of the *Class Period* from the reasonably available data provided by *Defendants.*

(c) Determine each individual *Class* member's total balance in all *Challenged Funds* at the close of each quarter of the *Class Period* by adding together balances for all *Challenged Funds* for a single quarter for each *Class* member from (b) above.

(d) Determine each individual *Class* member's *Challenged Funds* aggregate balance by adding together all of the quarters in the *Class Period* for each *Class* member from (c) above.

(e) Determine the aggregate *Challenged Funds* balance for all *Class* members by adding together each single *Class* member *Challenged Funds* aggregate balance from (d) above.

    (f) Determine each *Preliminary Class Member Allocation* by dividing each single *Class* member *Challenged Funds* aggregate balance by the aggregate *Challenged Funds* balance for all *Class* members, and multiply the result by the *Remaining Net Settlement Amount* (((d)/(e)) x *Remaining Net SA*)).

Part Three – Apply the *Special Payment* Offset to the Preliminary Allocations

    (g) Subtract from the portion of each *Preliminary Class Member Allocation* deriving from investments that *Class* member held in 2011, 2012, or 2013 all amounts that the *Class* member received from the *Special Payment* (any negative amount should be changed to zero). The *Preliminary Class Member Allocation* for each *Class* member partially offset in this fashion is the *Preliminary Adjusted Class Member Allocation.*

    (h) Subtract the aggregate of the *Preliminary Adjusted Class Member Allocation*s for all *Class* members from the *Remaining Net Settlement Amount*. This is the *Total Special Payment Offset*.

Part Four – Determine the Final Allocation

    (i) Determine the *Final Class Member Allocation* for each *Class* member by adding to the *Preliminary Adjusted Class Member Allocation* for each *Class* member (1) the $20 payment specified in (a), and (2) allocating pro rata the *Total Special Payment Offset* only to those *Class* members who did not receive the *Special Payment* using the same method specified in (f) that was used for allocating pro rata the *Remaining Net Settlement Amount*.

Neither *Defendants* nor *Defense Counsel* shall have any responsibility for or liability whatsoever with respect to the *Plan of Allocation*, including, but not limited to, the determination of the *Plan of Allocation* or the reasonableness of the *Plan of Allocation*.