**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>T. ROWE PRICE GROUP, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-00427-JKB |

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS TO <u>CLASS REPRESENTATIVES</u>**

Plaintiffs respectfully move the Court for an Order granting their motion for (i) $3,500,000 in attorneys fees, (ii) reimbursement of litigation expenses in the amount of $707,908.79, and (iii) service awards to the eleven class representatives as follows:  $15,000 to David G. Feinberg; $12,500 each to James Collins, Sital Jani, Farrah Qureshi, Maria Stanton, and Regina Widderich; and $10,000 each to Michelle Bourque, Daniel Fialkoff, Thomas Henry, Jitesh Jani, and Daniel Newman.

Plaintiffs' memorandum of law, declarations from the three Plaintiffs' law firms (Exs. A-C) and declarations from each Class Representative (Exs. D-N) are filed herewith.  The proposed order filed with *Plaintiffs Unopposed Motion for Final Approval of Class Action Settlement* includes language relevant to granting this motion.

Defendants have informed Plaintiffs that they will advise on their position on this motion after reviewing Plaintiffs' submission.

                                                                /s/ James A. Moore

1

J. Brian McTigue, *admitted pro hac vice*
James A. Moore, *admitted pro hac vice*
**MCTIGUE LAW LLP**
5028 Wisconsin Ave NW
Suite 100
Washington, DC  20016
Tel: (202) 364-6900
Fax: (202) 364-9960
bmctigue@mctiguelaw.com
jmoore@mctiguelaw.com

Mary J. Bortscheller, *admitted pro hac vice*
Douglas J. McNamara (MD Bar #20786; local counsel)
**COHEN MILSTEIN SELLERS
 & TOLL, PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mbortscheller@cohenmilstein.com
DMcNamara@cohenmilstein.com

***Counsel for Plaintiffs and the Class***