**EXHIBIT M**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | |
|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated, | |
| Plaintiffs, | |
| vs. | Case No. 1:17-cv-00427-JKB |
| T. ROWE PRICE GROUP, INC., et al., | |
| Defendants. | |

**DECLARATION OF CLASS REPRESENTATIVE JITESH JANI IN SUPPORT OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS**

I, Jitesh Jani, declare under penalty of perjury of the laws of the United States:

1.      I am a Class Representative in the above litigation concerning the T. Rowe Price U.S. Retirement Program (the "401(k) Plan"). As a Named Plaintiff and later as a Class Representative, I have worked with the lawyers in this litigation and discussed litigation decisions with them.

2.      I submit this Declaration in Support of Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards.

3.      I have personal knowledge of the matters set forth in this Declaration.

4.      I am more than 18 years of age and would testify competently to the matters set forth herein if called upon to do so.

5.      I was an employee at T. Rowe Price from 2000 to 2009. I have been a participant in the Plan at all times during the Class Period.

6.      I have been personally involved in this litigation and contributed to the case. I have earnestly worked with Class Counsel to understand how the Plan I participated in was allegedly operated in violation of ERISA's requirements. I was aware and took seriously my duty to act in the best interests of the Class.

7.     I provided Cohen Milstein's attorneys my documents related to the Plan and reviewed the First Amended Complaint filed on July 21, 2017. I provided information for and reviewed the Second Amended Complaint filed on May 17, 2019.

8.     I actively participated in discovery in this case. I had multiple calls with the attorneys at Cohen Milstein to review requests for interrogatories Defendants served on me and provided information requested in them. I searched my computer, physical records, emails, phone, and other repositories for documents Defendants requested I produce. Among other things, I located, copied, and produced to my counsel account statements and other records about my 401(k) account.

9.     I participated in numerous telephone and email communications with Class Counsel over the past four years. These calls concerned my discovery obligations; my duties as a Class Representative; case events and strategy; trial preparation; and potential for settlement.

10.     Class Counsel conferred with me before, during, and after the April 13, 2021 settlement conference about the possible outcomes in this case and a potential settlement.

11.     I was ready and willing to be deposed in this case had Defendants chosen to depose me.

12.     I support the proposed Settlement, and I believe that it is fair, reasonable and adequate and is a good, favorable result for the Class.

13.     Based on the risks of continuing litigation compared to accepting the proposed Settlement, I believe the proposed Settlement provides a better outcome for the Class, which I represent, because it achieves a significant recovery and eliminates risks, inc1uding the risk of achieving no recovery at trial.

14.     I understand that Class Counsel seek an award of their attorneys' fees of $3.5 million from the Settlement Fund, reimbursement of the expenses they advanced to litigate the case, and Service Awards for each of the Class Representatives, including a requested award of $10,000 for myself.

15.     While I understand that a decision on the motion for an award of attorneys' fees and

expenses and Service Awards is left to the Court, in my role as a Class Representative, I have considered and support that motion.

16.     I recognize that Class Counsel took risks in litigating this case, and I believe that Class Counsel represented the Class well. Class Counsel communicated the basis of major litigation decisions to me and answered my questions about the litigation. I believe that the Class Counsel carefully considered what was in the Class's best interest throughout the lawsuit including when they recommended settlement.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7____ day of April 2022.

JITESH JANI

_____
Jitesh Jani


Clearwater, Florida.

3