IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID G. FEINBERG, et al., and all others similarly situated, | * | |
| | * | |
| Plaintiff, | | |
| | * | |
| v. | * | CIVIL NO. JKB-17-0427 |
| T. ROWE PRICE GROUP, INC., et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons stated in the foregoing memorandum and in open court during the hearing held on June 11, 2022, it is ORDERED:

1. Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 242) is GRANTED and the settlement agreement is APPROVED;

2. Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Class Representatives (ECF No. 243) is GRANTED and the following payments shall be paid in accordance with the terms of the settlement agreement:

   a. The Court awards Class Counsel attorneys' fees of $3,500,000.

   b. The Court awards Class Counsel expenses of $707,908.79.

   c. The Court awards class representative awards of $15,000 to David G. Feinberg; $12,500 each to James Collins, Sital Jani, Farrah Qureshi, Maria Stanton, and Regina Widderich; and $10,000 each to Michelle Bourque, Daniel Fialkoff, Thomas Henry, Jitesh Jani, and Daniel Newman.

3. The case is DISMISSED with prejudice; and

1

4. The Clerk is DIRECTED to CLOSE THIS CASE.

DATED this 6 day of July, 2022.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
Chief Judge